UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CINDY NEELY, § | |
| § | |
| Appellant, § | |
| VS. § | CIVIL ACTION NO. H-09-1075 |
| § | |
| MARY ANN KNEZEK § | |
| § | |
| Appellee. § | |

## MEMORANDUM AND ORDER

This Court has reviewed each of the filings in this proceeding, and heard argument from respective counsel. This appears to be the 18th appeal by George Neely or affiliated parties relating to Mr. Neely's bankruptcy or that of Mary Ann Knezek.

As to this appeal, the Court would first note that appellant's filings are not in compliance with Local Rule 5.1 of Local Rules of the United States District Court for the Southern District of Texas.

Secondly, appellant's counsel has not satisfied the sanctions order imposed on him by the Bankruptcy Court for the Southern District, which was affirmed by this Court. *In re Waverly Nolley*, No. 4:07-cv-2171.

Appellant will have until May 22, 2009 to explain why these considerations should not lead to dismissal. If no response is received, this action will be dismissed.

Also by May 22, 2009, counsel for appellant, and Mr. George Neely must each submit a declaration or affidavit, made under penalty of perjury, setting forth the working relationship between them on this case. In particular, both Mr. Nolley and Mr. Neely must explain in detail why Mr. Neely's involvement in this case is not in violation of the

order of disbarment entered against him by the Commission for Lawyer Discipline.

**IT IS SO ORDERED**.

Signed at Houston, Texas on this 12th day of May 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE